UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WESSON,<br>        Plaintiff,<br>    v.<br>JAMES A. RICHMAN, et al.,<br>        Defendants. | Case No. 23-cv-03350-SI<br><br>**JUDGMENT** |

The Court has dismissed the complaint without leave to amend, pursuant to 28 U.S.C. § 1915(e)(2)(B).  Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 19, 2024

_____
SUSAN ILLSTON
United States District Judge